UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

THERESA D. WALKER,

Plaintiff,

v.     4:10-cv-216

ST. JOSEPH'S/CANDLER HEALTH SYSTEM, INC.,

Defendant.

## ORDER

The Georgia Supreme Court suspended plaintiff's counsel, Kevin E. Hooks, from the practice of law on December 2, 2010. Hooks did not inform this Court of his suspension until January 18, 2011. On December 13, 2010, Hooks represented the plaintiff in a joint status conference with opposing counsel. *See* Doc. 11. Hooks then signed the Joint Status Report on December 15, 2010. *See id.* This violated Federal Rule of Civil Procedure 11's requirement that either an attorney of record or a *pro se* party sign every pleading.

The parties' Joint Status Report is hereby **STRICKEN** from the record.

The Court has directed the plaintiff to either obtain new counsel within twenty (20) days or proceed *pro se. See* Doc. 15. The parties are ordered to file another Joint Status Report within thirty (30) days of this Order.

This 19th day of January 2011.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA